UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONTALVAN ET AL.,

                                  Plaintiff,

-v-

BANKS ET AL.,

                                  Defendants.

22 Civ. 8541 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of the discussion at today's case management conference, the Court sets the following schedule:

1. Plaintiffs' brief in support of summary judgment is due March 17, 2023

2. Defendants' brief in support of summary judgment and opposition to plaintiff's motion is due April 14, 2023.

3. Plaintiffs' reply in support of summary judgment and brief in opposition to defendant's motion is due May 12, 2023.

4. Defendants' reply in support of summary judgment is due May 26, 2023.

The Court grants the parties' request to file the administrative record under seal.

SO ORDERED.

                                                            *Paul A. Engelmayer*

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: February 16, 2023
          New York, New York